## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | ALLEN D. KWIECINSKI |
| **Case Number:** | 17-23539-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 13, 2018 03:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/14/18 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#36 - Continued Confirmation of Plan Dated 6/25/2018 (NFC)
R / M #:  36 / 0

### Appearances:

Debtor: Spyra
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*Plan $8066.57 in arrears thru 8/18.*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

*Last payment was 4/2/18.*