Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Allen D. Kwiecinski** | : | Case No. 17−23539−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per Sep. 13, 2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 14th of September, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 17-23539-CMB
Allen D. Kwiecinski                                             Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0315-2      User: jhel            Page 1 of 1      Date Rcvd: Sep 14, 2018
                          Form ID: 309          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
db             +Allen D. Kwiecinski,    143 Carmella Drive,    McKeesport, PA 15131-1237
14686752       +IRS Depaetment of Treasury,    P.O. Box 145566,    Cincinnati, OH 45250-5566
14686753        PNC Bank, N.A.,    P.O. Box 5570,    Cleveland, OH 44101-0570
14716022       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14700695       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14686754       +Urden Law Officea, P.C.,    Attn: Morris Scott,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14686751       +EDI: GMACFS.COM Sep 15 2018 06:03:00      Ally,    P.O. Box 380902,    Minneapolis, MN 55438-0902
14701688        EDI: GMACFS.COM Sep 15 2018 06:03:00      Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
14750031        EDI: DIRECTV.COM Sep 15 2018 06:03:00      Directv, LLC,    by American InfoSource LP as agent,
                 PO Box 5008,    Carol Stream, IL  60197-5008
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
         Dennis J. Spyra    on behalf of Debtor Allen D. Kwiecinski attorneyspyra@dennisspyra.com,
          deborah@dennisspyra.com;missdebrastone@msn.com
         Elizabeth Lamont Wassall    on behalf of Creditor   PNC Bank, National Association
          bankruptcy@udren.com
         James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 6
```