**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ALLEN D. KWIECINSKI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-23539<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/01/2017 and confirmed on 11/16/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,323.43 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,323.43 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 953.28 | |
|    Trustee Fee | 278.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,231.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 3,115.22 | 0.00 | 3,115.22 |
|     Acct: 9414 | | | | |
|   PNC BANK NA | 8,671.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 9414 | | | | |
|   ALLY BANK(*) | 20,360.09 | 997.91 | 979.02 | 1,976.93 |
|     Acct: 8015 | | | | |
| | | | | 5,092.15 |
| **Priority** | | | | |
|   DENNIS J SPYRA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLEN D. KWIECINSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENNIS J SPYRA & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENNIS J SPYRA ESQ | 3,000.00 | 953.28 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 4,343.17 | 0.00 | 0.00 | 0.00 |
|     Acct: 5910 | | | | |

| 17-23539 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | | |

---

Unsecured
    PEOPLES NATURAL GAS CO LLC*   305.04   0.00   0.00   0.00
      Acct: 5270
    INTERNAL REVENUE SERVICE*   706.18   0.00   0.00   0.00
      Acct: 5910
    AMERICAN INFOSOURCE LP - AGENT DIRE   388.60   0.00   0.00   0.00
      Acct: 7084
    UDREN LAW OFFICES PC   0.00   0.00   0.00   0.00
      Acct:
    JAMES C WARMBRODT ESQ   0.00   0.00   0.00   0.00
      Acct:

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                5,092.15

   TOTAL CLAIMED
PRIORITY              4,343.17
SECURED           29,031.98
UNSECURED        1,399.82

Date: 10/01/2018                                    /s/ Ronda J. Winnecour
                                                       RONDA J WINNECOUR PA ID #30399
                                                       CHAPTER 13 TRUSTEE WD PA
                                                       600 GRANT STREET
                                                       SUITE 3250 US STEEL TWR
                                                       PITTSBURGH, PA  15219
                                                       (412) 471-5566
                                                       cmecf@chapter13trusteewdpa.com